# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PREMERA BLUE CROSS,<br><br>Plaintiff,<br><br>v.<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br><br>Defendant. | Case No. |

## PREMERA'S STATEMENT OF AFFILIATES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Premera Blue Cross ("Premera") hereby states that it has no affiliates. Premera further states that it has no parent corporation and no publicly held corporation owns 10% or more of Premera.

Dated: April 24, 2024

Respectfully submitted,

**PREMERA BLUE CROSS,**

By: */s/ Matthew R. Barrett*

Matthew R. Barrett (IL No. 6308549)
**KILPATRICK TOWNSEND STOCKTON LLP**
500 West Madison Street, Suite 3700
Chicago, Illinois 60661
(312) 606-3200
mbarrett@ktslaw.com

Gwendolyn C. Payton (*pro hac vice forthcoming*) (WA No. 26752)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
Telephone: (206) 626-7714

78441529V.1

Facsimile: (206) 623-6793
gpayton@ktslaw.com

Stephanie N. Bedard (*pro hac vice forthcoming*)
(GA No. No. 825614)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
(404) 815-6500
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
sbedard@ktslaw.com

*Counsel for Petitioner Premera Blue Cross*

78441529V.1